UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF
AMERICA,

        Plaintiff,                          Case No. 18-cv-12021

                                            Paul D. Borman
v.                                           United States District Judge

                                            David R. Grand
                                            United States Magistrate Judge

SIXTY THOUSAND TWENTY
DOLLARS ($60,020.00) IN U.S.
CURRENCY,

        Defendant *in rem*.
_____/

## ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #19); and (2) DENYING CLAIMANT THOMAS GRAVES' MOTION TO SET ASIDE DEFAULT JUDGMENT and FINAL ORDER OF FORFEITURE AGAINST CLAIMANT GRAVES (ECF #15)

Now before the Court is the Report and Recommendation of Magistrate Judge David R. Grand (ECF #19) recommending that the Court deny Claimant Thomas Graves' Motion to set Aside Default Judgment and Final Order of Forfeiture against Claimant Graves (ECF #15).

Having reviewed the Report and Recommendation and there being no timely

objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation, and DENIES Claimant Thomas Graves' Motion.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated: MAY 21 2019